# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT AHSIM LANDS, | 1:06-CV-00213-AWI-DLB-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO EITHER PAY THE FILING FEE IN FULL OR SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS **FOR A NON-PRISONER** |
| vs. | |
| J. WOODFORD, et al., | |
| Defendants. / | |

Plaintiff Roosevelt Ahsim Lands ("plaintiff"), is a former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff was incarcerated at Solano State Prison when he filed the instant action on February 24, 2006. On March 23, 2006, the court issued an order for plaintiff to submit an application to proceed in forma pauperis and a certified copy of his prison trust account statement. See 28 U.S.C. 1915. On April 17, 2006, plaintiff complied with the order and submitted the required documents. On April 27, 2006, plaintiff filed a notice of change of address indicating that he was was released from Solano State Prison on April 20, 2006. Due to plaintiff's release from custody, he is required to submit an application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, to pay the $250.00 filing fee for this action. The court shall mail to

1

plaintiff an application to proceed in form pauperis **for a non-prisoner**.  Within thirty days, plaintiff must either pay the filing fee in full or file the new application to proceed in forma pauperis.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff an application to proceed in forma pauperis **for a non-prisoner**;

2. Within thirty (30) days from the date of service of this order, plaintiff shall either pay the $250.00 filing fee in full or file a new application to proceed in forma pauperis **for a non-prisoner**; and

3. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: May 9, 2006              /s/ Dennis L. Beck
                                UNITED STATES MAGISTRATE JUDGE

3c0hj8